**David W. Axelrod**, OSB #750231
Email: daxelrod@schwabe.com
**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
**Scott D. Eads,** OSB #910400
Email: seads@schwabe.com
**Nicholas F. Aldrich, Jr.,** *appearing pro hac vice*
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
    Attorneys for Plaintiff
    Columbia Sportswear North America, Inc.

**Lisa D. Hardie**, OSB #080783
Email: lisa.hardie@troutmansanders.com
Troutman Sanders LLP
805 SW Broadway, Suite 1560
Portland, OR 97205

**Eric M. Jaegers**, (*admitted pro hac vice*)
Email: eric.jaegers@troutmansanders.com
**Matthew D. Murphey**, (*admitted pro hac vice*)
Email: matt.murphey@troutmansanders.com
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614

**Paul E. McGowan**, (*admitted pro hac vice*)
Email: paul.mcgowan@troutmansanders.com
Troutman Sanders LLP
600 Peachtree St. NE, Suite 5200
Atlanta, GA 30308

**Anup M. Shah**, (*admitted pro hac vice*)
Email: anup.shah@troutmansanders.com
Troutman Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC 28202
    Attorneys for Defendant
    Seirus Innovative Accessories, Inc.

Page 1 -    JOINT MOTION FOR ENTRY OF JUDGMENT RE
            U.S. PATENT NO. D657,093

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\106477\192966\DWA\17802387.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.,** an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**SEIRUS INNOVATIVE ACCESSORIES, INC.,** a Utah corporation,<br><br>Defendant. | No. 3:15-cv-00064-HZ<br><br>JOINT MOTION FOR ENTRY OF JUDGMENT RE U.S. PATENT D657,093 |

Plaintiff Columbia Sportswear North America, Inc. ("Columbia Sportswear") and Defendant Seirus Innovative Accessories, Inc. ("Seirus") jointly move for entry of the judgment in the form attached as Exhibit A.

DATED:  March 17, 2016

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By:  s/ David W. Axelrod
    David W. Axelrod, OSB #750231
    Devon Zastrow Newman, OSB #014627
    Scott D. Eads, OSB #910400
    Nicholas F. Aldrich, Jr., *appearing pro hac vice*
    Telephone: 503.222.9981
    Facsimile: 503.796.2900

    Of Attorneys for Plaintiff
    Columbia Sportswear North America, Inc.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 -   JOINT MOTION FOR ENTRY OF JUDGMENT RE U.S. PATENT NO. D657,093

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\106477\192966\DWA\17802387.1

DATED: March 17, 2016 TROUTMAN SANDERS LLP

By: \_\_s/ Paul E. McGowan_____
    Lisa D. Hardie, OSB # 080783
    Telephone: (503) 290-2334
    Facsimile: (503) 290-2405
    Eric M. Jaegers, *appearing pro hac vice*
    Matthew D. Murphey, admitted pro hac vice
    Telephone: (949) 662-2700
    Facsimile: (949) 622-2739
    Paul E. McGowan, *appearing pro hac vice*
    Telephone: (404) 885-3000
    Facsimile: (404) 962-6842
    Anup M. Shah, *appearing pro hac vice*
    Telephone: (704) 998-4089
    Facsimile: (704) 998-4051

Of Attorneys for Defendant
Seirus Innovative Accessories, Inc.

Page 3 -   JOINT MOTION FOR ENTRY OF JUDGMENT RE
          U.S. PATENT NO. D657,093

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\106477\192966\DWA\17802387.1