| | |
|---|---|
| 1 | DAVID R. BOYAJIAN (CBN #257825) |
| 2 | DAVID W. AXELROD (OSB #750231) |
| | *pro hac vice pending* |
| 3 | BRENNA K. LEGAARD (OSB #001658), |
| 4 | *pro hac vice pending* |
| | NICHOLAS F. ALDRICH, JR. (OSB #160306), |
| 5 | *pro hac vice pending* |
| 6 | **SCHWABE, WILLIAMSON & WYATT, P.C.** |
| | 1211 SW 5th Ave., Suite 1900 |
| 7 | Portland, OR  97204 |
| 8 | Telephone: 503.222.9981 |
| | E-mail:  dboyajian@schwabe.com |
| 9 | daxelrod@schwabe.com |
| | blegaard@schwabe.com |
| 10 | naldrich@schwabe.com |
| 11 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>Defendant. | Case No.: 3:17-cv-01781-HZ<br><br>**EXHIBIT 1 TO *PRO HAC VICE* APPLICATION OF BRENNA K. LEGAARD**<br><br>Judge:       Marco A. Hernandez<br>Courtroom: 3C<br>Date:        September 18, 2017<br>Time:        9:00 a.m.<br><br>Date Action Filed: January 12, 2015<br>Trial Date: September 18, 2017 |

Attached hereto is the Exhibit 1 which should have been attached to the *pro hac vice* application of Brenna K. Legaard.  [Dkt. No. 268]

EXHIBIT TO *PRO HAC VICE* APPLICATION OF BRENNA K. LEGAARD        CASE NO.: 3:17-CV-01781

Dated: September 8, 2017

                                SCHWABE, WILLIAMSON & WYATT, P.C.

By:   */s/ Brenna K. Legaard*
       David R. Boyajian
       E-mail: dboyajian@schwabe.com
       David W. Axelrod, *pro hac pending*
       E-mail: daxelrod@schwabe.com
       Brenna K. Legaard, *pro hac pending*
       E-mail: seads@schwabe.com
       Nicholas F. Aldrich, Jr., *pro hac pending*
       E-mail: naldrich@schwabe.com

*Attorneys for Plaintiff*

EXHIBIT TO *PRO HAC VICE* APPLICATION OF BRENNA K. LEGAARD     CASE NO.: 3:17-CV-01781

*PRO HAC VICE* APPLICATION

David Boyajian of Columbia's trial counsel, Schwabe, Williamson & Wyatt, has entered an appearance in this case. Mr. Boyajian is a member in good standing of the bar of the Southern District of California. He will fulfill the responsibilities of Civil Local Rule 83.3(b), which requires participation of "a member of the bar of this Court."

Similarly, Civil Rule 83.3(c)(4) requires as follows for attorneys applying for admission *pro hac vice*: "The attorney must also designate in the application a member of the bar of this court with whom the court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers will be served. The attorney must file with such application the address, telephone number and written consent of such designee."

Columbia notes an ambiguity in the form *pro hac vice* application provided by this Court. Although Civil Rule 83.3(c)(4) requires only designation of "a member of the bar of this court," the form has fields for identification of "local counsel." The local rules do not require designation of "local counsel" with an office in the Southern District of San Diego unless the Judge, in his discretion, requires it. See Civil Local Rule 83.3(c)(5). Pursuant to Civil Rule 83.3(c)(4), Columbia and Ms. Legaard designate Mr. Boyajian as "a member of the bar of this court with whom the court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers will be served," and therefore, have also listed him in the *pro hac vice* application form in the field titled "Designation of Local Counsel."

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2017, I served the foregoing document on the following counsel of record for Defendant Seirus Innovative Accessories, Inc.:

| By electronic service via the Court's CM/ECF System | Renée E. Rothauge<br>ReneeRothauge@markowitzherbold.com<br>**Markowitz Herbold PC**<br>Suite 3000, Pacwest Center<br>1211 SW Fifth Avenue<br>Portland, OR 97204-3730 |
|---|---|
| | Christopher S. Marchese<br>marchese@fr.com<br>Garrett K. Sakimae<br>sakimae@fr.com<br>Seth M. Sproul<br>sproul@fr.com<br>**Fish & Richardson PC**<br>12390 El Camino Real<br>San Diego, CA 92130 |
| By electronic service via e-mail | Tucker N. Terhufen<br>Terhufen@fr.com<br>**Fish & Richardson PC**<br>12390 El Camino Real<br>San Diego, CA 92130 |

by delivering to them a true and correct copy thereof, certified by me as such.

> */s/ Brenna K. Legaard*
> Brenna K. Legaard
> Email: blegaard@schwabe.com

1 – CERTIFICATE OF SERVICE
PDX\106477\192966\SJB\21434258.1