Christopher S. Marchese (SBN 170239), marchese@fr.com
Seth M. Sproul (SBN 21771), sproul@fr.com
Michael A. Amon (SBN 226221), amon@fr.com
Garrett K. Sakimae (SBN 288453), sakimae@fr.com
Tucker N. Terhufen (SBN 311038), terhufen@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070, Fax: (858) 678-5099

Renée Rothauge, (SBN 271239), reneerothauge@markowitzherbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204
Tel: (503) 295-3085, Fax: (503) 323-9105

Attorneys for Defendants, Seirus Innovative Accessories, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation<br><br>    Defendants. | Case No. 3:17-cv-01781<br><br>**SEIRUS' SIXTH AMENDED EXHIBIT LIST**<br><br>Judge:      Marco A. Hernández<br>Courtroom: 3C<br>Date:       September 18, 2017<br>Time:       9:00 AM<br><br>Date Action Filed: January 12, 2015<br>Trial Date: September 18, 2017 |

1   Defendant Seirus Innovative Accessories, Inc.'s ("Seirus") SIXTH Amended
2   Exhibit List is attached as Appendix A hereto.  To avoid duplication, Seirus reserves
3   its right to rely on any exhibit appearing on Columbia's exhibit list and any
4   amendments thereto.

6   Dated:  September 18, 2017           FISH & RICHARDSON P.C.

8                                        By: */s/ Christopher S. Marchese*
                                             Christopher S. Marchese
9                                            marchese@fr.com

10                                       Attorneys for Defendant, Seirus Innovative
11                                       Accessories, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 18, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com