# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTHERN CALIFORNIA

|  |  |
|---|---|
| **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.,** an Oregon Corporation | **Case No. 3:17-cv-01781** |
| Plaintiff, vs. | **APPENDIX A** |
| **SEIRUS INNOVATIVE ACCESSORIES, INC.,** a Utah Corporation, | **SEIRUS' SIXTH AMENDED EXHIBIT LIST** |
| Defendant. | |

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1000 | Defendant Serius Innovative Accessories, Inc.s Notice of Deposition Pursuant to Fed.R.CIV.P.30(B)(6) | N/A | | | |
| 1001 | Columbia Sportswear's Non Claim Construction Witness Disclosure | N/A | | | |
| 1002 | Plaintiff Columbia Sportswear's Rule 12(a)(1) Initial Disclosures | N/A | | | |
| 1003 | March 8, 2016 letter regarding Columbia document preservation | N/A | | | |
| 1004 | Summary of Heat-Coverage patterns | COL001589 | | | |
| 1005 | Patent Marking – List of design patents related to Omni-Heat Reflective and Omni-Freeze Zero | COL027931-COL027951 | | | |
| 1006 | Inventory of Samples Received Pursuant to First, Second and Third Sets of Requests for Production. Revised: 2/4/2016 | N/A | | | |

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1007 | Complaint for Patent Infringement, Copyright Infringement, Trade Dress Infringement , Unfair Competition, False Designation of Origin, and Deceptive Trade Practices in Columbia Sportswear North America v. Team Ortho Foundation, Inc. | N/A | | | |
| 1008 | Blowup of Color Image depicting Omni-Heat logo | N/A | | | |
| 1009 | March 3, 2016 letter  from Aldrich to Shah | N/A | | | |
| 1010 | Licensing Contract Initialization Sheet | COL041674-COL041730 | | | |
| 1011 | Patent License Agreement between Columbia Sportswear company and Nike, Inc. | COL042127-COL042144 | | | |
| 1012 | Website product sheets for "Hurley Phantom 202 Women's Fullsuit" | N/A | | | |
| 1013 | Website product sheets for "Hurley Phantom 202 Men's Fullsuit" | N/A | | | |
| 1014 | Exhibit Not Used | N/A | | | |
| 1015 | Proceeding Queries dated 2-10-2016 | COL042018 | | | |
| 1016 | Proceeding Queries dated 2-10-2016 | COL042019-COL042023 | | | |
| 1017 | September 15, 2014 letter from Columbia regarding Sleeping Bag at Outdoor Retailer Show | COL041941-COL041942 | | | |
| 1018 | United States Patent 8,424,119 B2 | N/A | | | |
| 1019 | United States Patent 8,453,270 B2 | N/A | | | |
| 1020 | United States Patent D657,093 S | N/A | | | |
| 1021 | United States Patent 8,479,322 B2 | N/A | | | |
| 1022 | International Patent WO 2010/129923 A2 | N/A | | | |

APPENDIX A - SEIRUS SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1023 | Notice of Deposition of Columbia Sportswear North America, Inc. Pursuant to Fed.R.Civ.P.30(B)(6) | N/A | | | |
| 1024 | Notice of Deposition of Michael E. Blackford | N/A | | | |
| 1025 | Photographs | COL004405-COL004407 | | | |
| 1026 | August 2, 2013 article titled Cooler than Naked | N/A | | | |
| 1027 | October 16, 2012 Portland Monthly article titled The Man Reinventing Columbia Sportswear | N/A | | | |
| 1028 | FeedTheHabit.com website depicting Castelli Insolito Radiation Jacket – 3 Season Cycling Jacket | COL000599-COL000603 | | | |
| 1029 | Web pages depicting Hurley Wetsuit | N/A | | | |
| 1030 | December 9, 2011 SNews article titled Columbia Launches Newest Omnit Technology | N/A | | | |
| 1031 | November 1, 2013 email transmitting Heart PR Communications | COL001525-COL001527 | | | |
| 1032 | Complaint in Innovative Sports Inc. v. Columbia Sportswear Company et al. | N/A | | | |
| 1033 | March 27, 2012 Portland Business Journal article titled Eugene Company Sues Columbia Sportswear Over Heated Clothing Technology | N/A | | | |
| 1034 | Agreement to Dismiss Claims between Innovative Sportswear and Columbia Sportswear | N/A | | | |
| 1035 | Photo depicting glove bearing Bates No. COL030683 | N/A | | | |

APPENDIX A - SEIRUS SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1036 | Photo depicting hat bearing Bates No. COL030685 | N/A | | | |
| 1037 | October 17, 2008 Email string regarding Update from my Asia trip | N/A | | | |
| 1038 | Advertisement for Milium | N/A | | | |
| 1039 | September 1, 2009 letter from Washpat LLC to Schwabe | COL001590-COL001639 | | | |
| 1040 | UK Patent Application GB 2,073.613 A to Fottinger | N/A | | | |
| 1041 | Documents relating to SuperFabric | N/A | | | |
| 1042 | November 12, 2009 Wind River Branding invoice for patent drawings | COL008120 | | | |
| 1043 | Declaration of Woody Blackford Pursuant to 37 CFR 1.132 | N/A | | | |
| 1044 | Omni-Heat Test Results | COL031516-COL031519 | | | |
| 1045 | Omni-Heat Testing Documentation | COL030704-COL030709 | | | |
| 1046 | Columbia Testing Data represented as bearing Bates No. COL031136 | N/A | | | |
| 1047 | April 16, 2012 Test Report prepared by Intertek | COL031513-COL031515 | | | |
| 1048 | Testing Data | COL031183-COL031185 | | | |
| 1049 | Subpoena to Zach Snyder | N/A | | | |
| 1050 | LinkedIn Printout for Zach Snyder | N/A | | | |
| 1051 | Zach Snyder Declaration | N/A | | | |

APPENDIX A - SEIRUS SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1052 | Plaintiff Columbia Sportswear North America, Inc.'s Supplemental Responses to Defendant Seirus Innovative Accessories, Inc.s First Set of Interrogatories to Plaintiff (1-15) | N/A | | | |
| 1053 | Columbia Sportswear Design Patent Countries | COL001530-COL001527 | | | |
| 1054 | Patent US D650,529 S | N/A | | | |
| 1055 | Patent US D670,435 S | N/A | | | |
| 1056 | Exhibit Not Used | | | | |
| 1057 | Patent US D651,352 S | N/A | | | |
| 1058 | Patent US D653,400 S | N/A | | | |
| 1059 | Patent US D655,921 S | N/A | | | |
| 1060 | Patent US D656,741 S | N/A | | | |
| 1061 | Patent US 8,453,270 B2 | N/A | | | |
| 1062 | Information Disclosure Statement by Applicant | COL000053-COL000055 | | | |
| 1063 | Japanese Patent No. 63-125525 | COL000067-COL000069 | | | |
| 1064 | CSW-173569 and Handwritten Notes | COL000022-COL000023 | | | |
| 1065 | Collection of emails | various | | | |
| 1066 | Email string with attachment | ZACHS001-ZACHS008 | | | |
| 1067 | Notice of 30(B)(6) Deposition | N/A | | | |
| 1068 | Facebook Page for Jim Drozdowski | N/A | | | |

APPENDIX A - SEIRUS SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1069 | Columbia Sales Spreadsheet | COL072238-COL072240 | | | |
| 1070 | List of Columbia Products | N/A | | | |
| 1071 | 2015 Columbia Sportswear Company Annual Report to Shareholders | N/A | | | |
| 1072 | Report reflecting product sales | COL073869 | | | |
| 1073 | Sales Report | COL073870 | | | |
| 1074 | Spreadsheet Pt. 1 | COL073871 | | | |
| 1075 | Spreadsheet Pt. 2 | COL073871 | | | |
| 1076 | License Agreement between Columbia Sportswear North America and Delta Galil USA | COL041833-COL041897 | | | |
| 1077 | First Amendment to agreement between Columbia Sportswear North America and Delta Galil USA | COL041673 | | | |
| 1078 | Retail License Agreement effective 6/1/12 between Columbia Sportswear North America and Outdoor Custom Sportswear | COL041731-COL041773 | | | |
| 1079 | Licensing Contract Initialization Sheet for Outdoor Custom Sportswear 1st Amendment | COL041936-COL041940 | | | |
| 1080 | Licensing Contract Initialization Sheet for The Outdoor Recreation Group licensing agreement (CSC Equipment) | COL041774-COL041829 | | | |
| 1081 | Messaging and Q&A - Document Manchester United x Columbia Sportswear – Draft v1 – Jan. 19, 2016 | COL080321-COL080323 | | | |
| 1082 | February 9, 2016 email from Smith to Merriman regarding Licensing Presentation – Full version updated 2.8.16 | COL080975-COL081027 | | | |

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1083 | May 11, 2016 Web page entitled Outdry – Water non included – Partners | N/A | | | |
| 1084 | LinkedIn page for Scott Trepanier | N/A | | | |
| 1085 | List of Subsidiaries | N/A | | | |
| 1086 | Complaint for Patent Infringement dated 1/12/2015 | N/A | | | |
| 1087 | Plaintiff Columbia Sportswear's First Amended Rule 26(a)(1) Disclosures | N/A | | | |
| 1088 | Ex. A (list of products) to Plaintiff Columbia Sportswear North America, Inc.'s Supplemental Responses to Defendant Seirus Innovative Accessories, Inc.s First Set of Interrogatories to Plaintiff (1-15) | N/A | | | |
| 1089 | Plaintiff's Responses to Defendant's Second Set of Interrogatories to Plaintiff | N/A | | | |
| 1090 | April 11, 2016 email from Adrich to Columbia counsel regarding 30(b)(6) testimony | N/A | | | |
| 1091 | Retail Brand Marketing – F11 Advertising Needs | COL034051-COL034068 | | | |
| 1092 | SuperFabric press release | SEIRUS-PA-00000281 – SEIRUS-PA-00000287 | | | |
| 1093 | November 15, 2013 Columbia Fall 2013-Out of Home Proof of Performance | COL034124-COL034180 | | | |
| 1094 | Fall 2010 – Omni-Heat Trade Media Preview, PR Strategy and Plan | COL035753-COL035756 | | | |
| 1095 | January 2010 ShotDaily article | COL035791-COL035794 | | | |
| 1096 | Documents related to TurboDown | COL034200-COL034209 | | | |

APPENDIX A - SEIRUS SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1097 | December 13, 2010 Columbia Omni-Heat Field Test Results | COL035703-COL035725 | | | |
| 1098 | Exclusive preview for Poplar Science | COL035803 | | | |
| 1099 | November 11, 2009 Barclays Capital report | COL035848-COL035850 | | | |
| 1100 | Omni-Heat Rude Q&A-1.12.10-Revised | COL033702-COL0033708 | | | |
| 1101 | October 14, 2009 email string from Blackford to Gosse regarding Omni-Heal lining | COL071850 | | | |
| 1102 | April 26, 2010 email string from Blackford to Boyle regarding Omni heat dots | COL072231 | | | |
| 1103 | Pitch Document, Fall 2012, Columbia's Zonal Strategy | COL033685-COL033688 | | | |
| 1104 | Expert Report of Serena Morones dated June 30, 2016 | | | | |
| 1105 | Seirus Innovation Profit and Loss Statement from 10/1/2014 to 09/30/2015 | SEIRUS00061299-SEIRUS00061328 | | | |
| 1106 | Forensic & Valuation Services Practice Aid – Calculating Intellectual Property Infringement Damages | N/A | | | |
| 1107 | Notice of Deposition of Serena Morones | N/A | | | |
| 1108 | Notice of Deposition of Cole | N/A | | | |
| 1109 | LinkedIn Printout for Dr. Cole | N/A | | | |
| 1110 | SC Secretary of State Printout for Revolutionary Fiber and Textiles Institute for Manufacturing Innovation | N/A | | | |
| 1111 | CURF Printout – Dr. Cole Bio | N/A | | | |
| 1112 | CURF Printout – Breathable, Insulative Vest | N/A | | | |
| 1113 | CURF Printout – Microclimate Regulating Vest | N/A | | | |

APPENDIX A - SEIRUS SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1114 | Clemson Patents | N/A | | | |
| 1115 | Patent US 7,160,612 B2 to Magill | N/A | | | |
| 1116 | Patent US 2002/0197924 A1 to Halley | N/A | | | |
| 1117 | Opening Report of Dr. Christine Cole Concerning Infringement | N/A | | | |
| 1118 | Rebuttal Report of Dr. Christine Cole Concerning Validity | N/A | | | |
| 1119 | Patent US 2007/0173154 A1 to Hartmann | N/A | | | |
| 1120 | International Patent WO 02/059414 A2 | N/A | | | |
| 1121 | Patent US 2,695,895 to Barnard | N/A | | | |
| 1122 | UK Patent Application GB 2,073.613 A to Fottinger | N/A | | | |
| 1123 | U.S. Patent No. 5,626,949 to Blauer | N/A | | | |
| 1124 | Patent US 2006/0179539 A1 to Harber | N/A | | | |
| 1125 | UK Patent Application GB 2,350,073 A to Vaughn | N/A | | | |
| 1126 | Patent US 7,135,424 B2 to Worley | N/A | | | |
| 1127 | U.S. Patent No. 2,630,573 to Rand | N/A | | | |
| 1128 | UK Patent GB 741,875 to Rand | N/A | | | |
| 1129 | International Patent WO 2008/103989 A1 to Kim (SuperFabric) | N/A | | | |
| 1130 | Patent US 2008/0282455 A1 to Jones | N/A | | | |
| 1131 | Binder – Summary of Percent Coverage | N/A | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1132 | Collection of photos | COL118091-COL118091 | | | |
| 1133 | August 16, 2017 Precision Testing Laboratory Report | COL117869 | | | |
| 1134 | October 19, 2015 Columbia Response to Seirus 1st Interrogatories (1-15) with Exhibit A | N/A | | | |
| 1135 | January 11, 2016 Columbia 's Response to Seirus' 2nd Interrogatories (16-17) | N/A | | | |
| 1136 | February 1, 2016 Columbia's Response to Seirus' 3rd Interrogatories (18) | N/A | | | |
| 1137 | May 27, 2016 Columbia's Supplemental Response to Seirus'1st, 2nd, 3rd, and Objections to 4th Rogs (w_ Amended Ex) | N/A | | | |
| 1138 | May 27, 2016 Columbia's Response to Seirus' 1st RFA (1-160) | N/A | | | |
| 1139 | March 23, 2016 Columbia's First Amended Rule 26(a)(1) Disclosures | N/A | | | |
| 1140 | September 11, 2015 Columbia's Infringement Contentions | N/A | | | |
| 1141 | October 17, 2015 Columbia's First Amended Disclosures of Asserted Claims & Infringement Contentions | N/A | | | |
| 1142 | November 3, 2015 Seirus Invalidity Contentions | N/A | | | |
| 1143 | Heatwave Products | SEIRUS00063688 | | | |
| 1144 | Report Date 9/1/2015-2/28/2017 | SEIRUS00063689 | | | |
| 1145 | December 4, 2013 letter from Newman to Carey | N/A | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1146 | Corrected Rebuttal Expert Report of Carrie L. Distler | N/A | | | |
| 1147 | Ira Block Validity Report | N/A | | | |
| 1148 | Prosecution File History for the U.S. Patent No. 8,424,119 | N/A | | | |
| 1149 | Prosecution File History for the U.S. Patent No. 8,453,270 | N/A | | | |
| 1150 | Joint Claim Construction and Prehearing Statement | N/A | | | |
| 1151 | KSR International Co. v. Teleflex Inc., 550 U.S. 398 (2007) | N/A | | | |
| 1152 | Deering, Milliken & Co. v. Temp-Resisto Corp., 274 F.2d 626 (2d Cir.1960) | N/A | | | |
| 1153 | US Patent No. 4,622,253 | N/A | | | |
| 1154 | International Patent 1995/010569 | N/A | | | |
| 1155 | Response by Defendant Ventex Inc., Korean IPT Nullification of Registration (Patent) proceeding against Plaintiff Columbia Sportswear North America, Inc. (Nov. 21, 2014) | N/A | | | |
| 1156 | Ogulata - Air Permeability of Woven Fabrics | N/A | | | |
| 1157 | Block Comparison of Columbia New Claim Set | N/A | | | |
| 1158 | Lawrence - Studies of Fabric Permeability | N/A | | | |
| 1159 | Textile Engineering Fabric Comfort Presentation | N/A | | | |
| 1160 | Epps and Leonas Article | N/A | | | |
| 1161 | Expert Rebuttal Report of Ira Block | N/A | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1162 | S. Bell, A Beginner's Guide to Uncertainty of Measurement, NPL, https://www.wmo.int/pages/prog/gcos/documents/gruanmanuals/UK_NPL/mgpg11.pdf (last visited August 9, 2016) | N/A | | | |
| 1163 | Ira Block CV 06-2016 | N/A | | | |
| 1164 | W. Volk, "Applied Statistics for Engineers," McGraw-Hill, 1958 | N/A | | | |
| 1165 | American Association of Textile Chemists and Colorists (AATCC) Technical Manual Method 93-2005 "Abrasion Resistance of Fabrics; Accelerator Method" | N/A | | | |
| 1166 | Zoot WRKS XOtherm Jacket, http://university.tri-sports.com/2010/11/04/zoot-wrks-xotherm-jacket/ (last visited August 9, 2016) | N/A | | | |
| 1167 | AATCC Technical Manual Method 135-2004 "Dimensional Changes of Fabrics after Home Laundering" | N/A | | | |
| 1168 | Worley Prosecution History | N/A | | | |
| 1169 | Halley Prosecution History | N/A | | | |
| 1170 | Harber Prosecution History | N/A | | | |
| 1171 | Hartmann Prosecution History | N/A | | | |
| 1172 | Markman Order | N/A | | | |
| 1173 | IPR2017-00651 by Ventex 1-11-2017 (119 Patent) | N/A | | | |
| 1174 | IPR2017-00789 by Ventex 1-27-2017 (270 Patent) | N/A | | | |
| 1175 | Decision in IPR 2017-00789 (270 Patent) | N/A | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1176 | Decision in IPR2017-00651 (119 Patent) | N/A | | | |
| 1177 | December 12, 2014 Supreme court Judgment granting Dismissal in Columbia Sportswear north America Inc. v VenTex Inc. (includes original Judgment in Korean and certified English translation) | N/A | | | |
| 1178 | Regulate – Definition and More from the Free Merriam-Webster Dictionary (12-15-15) | N/A | | | |
| 1179 | Omni-Heat Rude Q&A – 10.16.09 | COL033697 | | | |
| 1180 | Cost sheet | COL041955 | | | |
| 1181 | Bill of materials | COL041969 | | | |
| 1182 | May 5, 2010 email string from Blackford to Mergy regarding Omni Heat Socks | COL072239 | | | |
| 1183 | Sales Spreadsheet | COL073872 | | | |
| 1184 | Sales Spreadsheet | COL073873 | | | |
| 1185 | Licensing Brochure | COL080976 | | | |
| 1186 | Columbia Brand Tracker 2013-2014 | COL106885 | | | |
| 1187 | Omni-Heat Advanced Reflective Consumer Research  - June 24, 2012 | COL106933 | | | |
| 1188 | Omni-Heat Reflective Messaging Exploration  - September 8, 2011 | COL106962 | | | |
| 1189 | Retail and Wholesale spreadsheet | COL117714 | | | |
| 1190 | Seirus Catalog 2011-2012 | SEIRUS00002672 | | | |
| 1191 | Seirus Catalog 2012-2013 | SEIRUS00002776 | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1192 | Seirus Catalog 2013-2014 | SEIRUS00002912 | | | |
| 1193 | Seirus Catalog 2014-2015 | SEIRUS00003044 | | | |
| 1194 | Seirus Catalog Winter 15-16 | SEIRUS00003152 | | | |
| 1195 | Seirus Catalog – Cold Weather Essentials | SEIRUS00003264 | | | |
| 1196 | Seirus Catalog –Workwear/Hunting 2013-2014 | SEIRUS00003304 | | | |
| 1197 | Seirus Catalog –Workwear/Hunting 2014-2015 | SEIRUS00003352 | | | |
| 1198 | Seirus Catalog –Workwear/Hunting 2015-2016 | SEIRUS00003396 | | | |
| 1199 | 2016 Ski Gloves 7/14/2015 | SEIRUS00008776 | | | |
| 1200 | Mega Heat | SEIRUS00011413 | | | |
| 1201 | Heatwave Sales Report by Fiscal Year 10/1/2013-5/1/2016 | SEIRUS00061246 | | | |
| 1202 | Seirus Innovation Profit and Loss Statement from 10/1/2013 to 09/30/2014 | SEIRUS00061275 | | | |
| 1203 | Seirus Innovation Profit and Loss Statement from 10/1/2015 to 09/30/2016 | SEIRUS00061329 | | | |
| 1204 | Bates Stamped Documents Considered by Carrie L. Distler | Various | | | |
| 1205 | Picture of HLT-5733 Heatwave 2-way Base materials | SEIRUS00011441 | | | |
| 1206 | Picture of HLT-5733-Rx Heatwave 2-way with foil | SEIRUS00011442 | | | |
| 1207 | Picture of HOT-5733 Heatwave 2-way Base materials | SEIRUS00011443 | | | |
| 1208 | Picture of HLT-6610-R Heatwave 4-way Base Material | SEIRUS00011444 | | | |
| 1209 | Columbia Response to Seirus 5th RFP (79-102) | N/A | | | |

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1210 | Columbia 1st RFAs to Seirus (1-26) | N/A | | | |
| 1211 | 2016-04-22 Columbia 3rd RFPs to Seirus (85-93) | N/A | | | |
| 1212 | 2016-04-22 Columbia 5th ROGs to Seirus (18-20) | N/A | | | |
| 1213 | Columbia's Motion for Partial Summary Judgment of No Validity 2016.09.30 | N/A | | | |
| 1214 | Seirus's Opposition to Columbia's MSJ | N/A | | | |
| 1215 | 2016-11-10 DKT 126 Columbia's Reply to MSJ | N/A | | | |
| 1216 | Prosecution History for U.S. Patent No. 5,626,949 to Blauer | N/A | | | |
| 1217 | Prosecution History for U.S. Patent No. 2,630,573 to Rand | N/A | | | |
| 1218 | USPN 4,316,931 (Fottinger II) | N/A | | | |
| 1219 | Block Declaration re Seirus Claim Construction Brief | N/A | | | |
| 1220 | Cole Declaration re Plaintiffs Response to Seirus' Opening Claim Constructive Brief. | N/A | | | |
| 1221 | Seirus 1st Request for Production to Columbia (1-61) | N/A | | | |
| 1222 | Columbia First Amended Disclosure of Asserted Claims and Infringement Contentions | N/A | | | |
| 1223 | March 11, 2016 Seirus letter to Aldrich regarding damages | N/A | | | |
| 1224 | May 20, 2016  Letter from N. Aldrich to A. Shah re Licensing Docs | N/A | | | |
| 1225 | DamagesinfoCarrieD | N/A | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1226 | Murphey email to Devon Newman sent on Wed. Jan. 8, 2014 at 8:21 PM | N/A | | | |
| 1227 | Production Instructions | Various | | | |
| 1228 | Murphey response on January 13, 2014 at 3:15 PM | N/A | | | |
| 1229 | Murphey response at 655 PM | N/A | | | |
| 1230 | Devon's email dated April 1, 2014 sent at 5:17 PM | N/A | | | |
| 1231 | Devon's response on January 16, 2014 sent at 11:52 AM | N/A | | | |
| 1232 | Murphey email to Devon dated June 9, 2014 at 8:48 PM | N/A | | | |
| 1233 | Exhibit Not Used | N/A | | | |
| 1234 | Exhibit Not Used | N/A | | | |
| 1235 | Exhibit Not Used | N/A | | | |
| 1236 | Seirus Ski Catalog_05_06 | SEIRUS00002349 | | | |
| 1237 | Seirus HWS Catalog_15_16 | SEIRUS00003396 | | | |
| 1238 | Seirus HWS Catalog_13_14 | SEIRUS00003304 | | | |
| 1239 | Seirus SpringSummer Catalog_2012 | SEIRUS00003448 | | | |
| 1240 | Seirus HWS Catalog_2011 | SEIRUS00003272 | | | |
| 1241 | Seirus Ski Catalog_08_09 | SEIRUS00002445 | | | |
| 1242 | Seirus Ski Catalog_06_07 | SEIRUS00002385 | | | |
| 1243 | Seirus Ski Catalog_10_11 | SEIRUS00002584 | | | |
| 1244 | Seirus Ski Catalog_14_15 | SEIRUS00003044 | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1245 | Seirus HWS Catalog_2012 | SEIRUS00003284 | | | |
| 1246 | Seirus Ski Catalog_12_13 | SEIRUS00002776 | | | |
| 1247 | Seirus Ski Catalog_11_12 | SEIRUS00002672 | | | |
| 1248 | Seirus Ski Catalog_13_14 | SEIRUS00002912 | | | |
| 1249 | Seirus Ski Catalog_15_16 | SEIRUS00003152 | | | |
| 1250 | Seirus Ski Catalog_09_10 | SEIRUS00002513 | | | |
| 1251 | Seirus HWS Catalog_2010 | SEIRUS00003264 | | | |
| 1252 | Seirus HWS Catalog_14_15 | SEIRUS00003352 | | | |
| 1253 | Seirus Ski Catalog_05_06 | SEIRUS00002349 | | | |
| 1254 | Seirus HWS Catalog_15_16 | SEIRUS00003396 | | | |
| 1255 | Dicks Meeting Notes 8.24.12 | SEIRUS00004866 | | | |
| 1256 | 2013 Dicks Meeting Notes 10.29.13 | SEIRUS00004867 | | | |
| 1257 | 2015 Dick's Meeting Notes 2-2-15 | SEIRUS00004869 | | | |
| 1258 | 2015 Dick's Meeting Notes 1-9-15 | SEIRUS00004870 | | | |
| 1259 | Dicks Meeting Notes 12.14.12 | SEIRUS00004873 | | | |
| 1260 | 2013 Dicks Meeting Notes 6.27.13 | SEIRUS00004874 | | | |
| 1261 | 2013 Dicks Preline Meeting Notes 11.2.12 | SEIRUS00004875 | | | |
| 1262 | 2013 SSV Pre-Line Note 11-08-12 | SEIRUS00004913 | | | |
| 1263 | BIG 5 Meeting Notes 2.25.13 | SEIRUS00005042 | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1264 | Scheel's Meeting Notes 11-07-11 | SEIRUS00005088 | | | |
| 1265 | 2013 Scheels Meeting Notes 12-12-127 | SEIRUS00005089 | | | |
| 1266 | 2015 TSA Meeting Notes 2-23-15 | SEIRUS00005098 | | | |
| 1267 | 2014 RCI Preline Meeting Recap 12-17-14 | SEIRUS00005244 | | | |
| 1268 | 15-16 Academy Preline Meeting Notes 12-5-14 | SEIRUS00005614 | | | |
| 1269 | 2013 Academy Preline Meeting Notes 12-12-12 | SEIRUS00005615 | | | |
| 1270 | 2015 Gander Meeting Notes 12-11-14 | SEIRUS00005674 | | | |
| 1271 | REI Meeting Notes 8-11-14 | SEIRUS00005837 | | | |
| 1272 | 2014 REI Preline Meeting Notes11.19.13 | SEIRUS00005838 | | | |
| 1273 | 13-14 REI Meeting Notes 10-19-12 | SEIRUS00005839 | | | |
| 1274 | REI Meeting Notes 11-16-11 | SEIRUS00005840 | | | |
| 1275 | Dick'sPreLineMeetingNotes10-14 | SEIRUS00006041 | | | |
| 1276 | Copy of Dicks 11 2 12 Meeting Recap | SEIRUS00006221 | | | |
| 1277 | 2013 EMS Pre-Line Meeting Recap_20121025 | SEIRUS00006347 | | | |
| 1278 | Dick's Pre Line Meeting Notes 10-14 (version 1) | SEIRUS00006535 | | | |
| 1279 | Gander Mtn Meeting Recap_20111122 | SEIRUS00017213 | | | |
| 1280 | 2013 Intrawest Pre-Line Meeting Recap_20121108 | SEIRUS00020661 | | | |
| 1281 | 2013 TSA Preline Meeting Recap_20121109 | SEIRUS00020663 | | | |
| 1282 | Scheels Meeting Notes_2014.12.02 v2 | SEIRUS00022224 | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1283 | Sears 3-5-15Meeting Recap Face & Hat 3.9.15 | SEIRUS00022328 | | | |
| 1284 | Complaint for Patent Infringement, Unfair Competition, And Breach of Contract, Case No. 3:17-cv-00623, Columbia Sportswear v. Ventex Co., Ltd., and Dan Meyer, filed April 20, 2017 | SEIRUS00063691-727 | | | |
| 1285 | Exhibit Not Used | | | | |
| 1286 | Cycle World 12/26/2013 Press Release: Harley-Davidson MotorClothes Thermal Reflective Technology Jackets, available at url: http://www.cycleworld.com/2013/12/26/harley-davidson-motorclothes-thermal-reflective-technology-jackets | SEIRUS00063729-34 | | | |
| 1287 | Dravitex Brochure | SEIRUS00063735 | | | |
| 1288 | Athleta.gap.com online catalog page for Full Speed Jacket with Mega-Heat RX, captured August 10, 2017, available at url: http://athleta.gap.com/browse/product.do?pid=242873002&CAWELAID=120299870000020219&CAGPSPN=pla&CAAGID=4895476126&CATCI=aud-337312001673:pla-61561028216&tid=atpl000007&kwid=1&ap=7&gclid=EAIaIQobChMIpqTgvvHN1QIVXQYqCh2cJAimEAQYBCABEgJlC_D_BwE | SEIRUS00063736-42 | | | |
| 1289 | Front photo of Nike Pro shirt with reflective outer fabric | SEIRUS00063743 | | | |
| 1290 | Back photo of Nike Pro shirt with reflective outer fabric | SEIRUS00063744 | | | |
| 1291 | Photo of inside heat reflective liner of Harley Davidson FXRG Jacket | SEIRUS00063745 | | | |
| 1292 | Photo of heat reflective liner of Harley Davidson FXRG Jacket showing tags | SEIRUS00063746 | | | |
| 1293 | Close up Photo of Harley Davidson FXRG Jacket Sales Tags | SEIRUS00063747 | | | |
| 1294 | Close up Photo of Harley Davidson FXRG Jacket Sales Tags - Heat Retention Lining | SEIRUS00063748 | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1295 | Harley-Davidson.com official online store page listing Men's FXRG Replacement Warmth Liner [FXRG], captured August 9/2017, at url: https://www.harley-davidson.com/store/fxrg%C2%AE-replacement-warmth-liner | SEIRUS00063749-50 | | | |
| 1296 | Columbia Sportswear 9/22/2010 Press Release: Columbia Sportswear Launches New Omni-Heat Warmth Technology with Global Marketing Campaign, available at http://www.columbia.com/About-Us_Press_Center-Release_2010_09_22.html | SEIRUS00063751-53 | | | |
| 1297 | Chain of e-mail correspondence from perry@sanki.com.hk to Anna McDonald (annam@seirus.com) discussing Dravitex, attaching Dravitex information. dated March-May 2008. | SEIRUS00063754-62 | | | |
| 1298 | Gearjunkie.com online catalog page for Castelli Insolito Radiation Jacket, captured August 13, 2017, available at url: https://gearjunkie.com/gear-review-castelli-insolito-radiation-jacket | SEIRUS00063763-65 | | | |
| 1299 | blog.castellicycling.com online article titled: Insolito Radiation Jacket in Test!, captured August 13, 2017, available at https://blog.castelli-cycling.com/2009/10/14/insolito-radiation-jacket-in-test/ | SEIRUS00063766-69 | | | |
| 1300 | Design for a Textile Fabric - Carl Alfred Tips. D130,877 | SEIRUS00063770-71 | | | |
| 1301 | ThermaLux Products | SEIRUS00008101-8102 | | | |
| 1302 | Castelli Insolito Radiation Jacket | N/A | | | |
| 1303 | All Prior Art cited on U.S. Patent 8,424,199 or in the Prosecution File History for the U.S. Patent No. 8,424,119, or on U.S. Patent 8,453,270 or in the Prosecution File History for the U.S. Patent No. 8,453,270 | N/A | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1304 | All Prior Art cited on U.S. Patent D657,093 or in the Prosecution File History for the U.S. Patent D657,093 | N/A | | | |
| 1305 | Product Sample - Seirus HeatWave Zenith | SEIRUS00003478 | | | |
| 1306 | Product Sample - Seirus HeatWave Glove Liner | SEIRUS00003482 | | | |
| 1307 | Product Sample - Seirus HeatWave Socks | SEIRUS00003476 | | | |
| 1308 | Email correspondence from Haas to Murphy re Denim Swatches Status | SEIRUS00025708-13 | | | |
| 1309 | Email correspondence from Calise to Murphy re heat wave screen print Revision Needed attaching "2012 HEATWAVE SCREEN_REVISED 2.pdf" | SEIRUS00024282-83 | | | |
| 1310 | Email Correspondence from Murphy to Mike Carey, Joe Edwards, Greg Calise, Sean Carey, Jody Carlson, and David I re "HeatWave Print" [Redacted] | SEIRUS00026468-69 | | | |
| 1311 | Defendant Seirus Innovative Accessories Inc.'s Answer, Defenses, and Counterclaims to Complaint for Patent Infringement, dated July 15, 2015 | N/A | | | |
| 1312 | Bikerumor.com article entitled "Castelli's New Space Blanket Radiation Jacket", available at url: https://www.bikerumor.com/2008/11/12/castellis-new-space-blanket-radiation-jacket/ | SEIRUS00063890-95 | | | |
| 1313 | Dravitex Brochure | SEIRUS00063896-99 | | | |
| 1314 | Product Sample - Dravitex | SEIRUS00063900 | | | |
| 1315 | Production Request / HWS Heat Wave Zenith Glove (8161) | SEIRUS00006512-13 | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1316 | cyclingweekly.com product news article entitled "Castelli Radiation Jacket £300" available at url: http://www.cyclingweekly.com/news/product-news/castelli-radiation-jacket-300-70187 | SEIRUS00063901-02 | | | |
| 1317 | Product Sample - 2017 HeatWave Plus gloves | N/A | | | |
| 1318 | U.S. Patent No. 7,086,093 B2 | SEIRUS00063903-SEIRUS00063911 | | | |
| 1319 | U.S. Patent No. 7,451,496 B2 | SEIRUS00063912-SEIRUS00063923 | | | |
| 1320 | Impeachment Exhibit | | | | |
| 1321 | Impeachment Exhibit | | | | |
| 1322 | Impeachment Exhibit | | | | |
| 1323 | Impeachment Exhibit | | | | |
| 1324 | Impeachment Exhibit | | | | |
| 1325 | Impeachment Exhibit | | | | |
| 1326 | Impeachment Exhibit | | | | |
| 1327 | Impeachment Exhibit | | | | |
| 1328 | Impeachment Exhibit | | | | |
| 1329 | Impeachment Exhibit | | | | |
| 1330 | Impeachment Exhibit | | | | |
| 1331 | Impeachment Exhibit | | | | |
| 1332 | Impeachment Exhibit | | | | |
| 1333 | Impeachment Exhibit | | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1334 | Impeachment Exhibit | | | | |
| 1335 | Impeachment Exhibit | | | | |
| 1336 | Impeachment Exhibit | | | | |
| 1337 | Impeachment Exhibit | | | | |
| 1338 | Impeachment Exhibit | | | | |
| 1339 | Impeachment Exhibit | | | | |
| 1340 | Impeachment Exhibit | | | | |
| 1341 | Impeachment Exhibit | | | | |
| 1342 | Impeachment Exhibit | | | | |
| 1343 | Impeachment Exhibit | | | | |
| 1344 | Impeachment Exhibit | | | | |
| 1345 | Impeachment Exhibit | | | | |
| 1346 | Impeachment Exhibit | | | | |
| 1347 | Impeachment Exhibit | | | | |
| 1348 | Impeachment Exhibit | | | | |
| 1349 | Impeachment Exhibit | | | | |
| 1350 | Impeachment Exhibit | | | | |
| 1351 | Impeachment Exhibit | | | | |
| 1352 | Impeachment Exhibit | | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1353 | Impeachment Exhibit | | | | |
| 1354 | Impeachment Exhibit | | | | |
| 1355 | Demonstrative Exhibit | | | | |
| 1356 | Demonstrative Exhibit | | | | |
| 1357 | Demonstrative Exhibit | | | | |
| 1358 | Demonstrative Exhibit | | | | |
| 1359 | Demonstrative Exhibit | | | | |
| 1360 | Demonstrative Exhibit | | | | |
| 1361 | UK Patent Application GB 2,350,073 A to Vaughn | SEIRUS00063924-SEIRUS00063947 | | | |
| 1362 | Product Sample - Ventex Swatch | SEIRUS00063948 | | | |
| 1363 | Seirus Innovation Profit and Loss Statement From 10/01/2015 To 09/30/2016 | SEIRUS00063949-SEIRUS00063977 | | | |
| 1364 | HeatWave Sales 9-30-2013 through 2-28-2017 | SEIRUS00063978-SEIRUS00063980 | | | |
| 1365 | Email Correspondence between Dan Fredman, Woody Blackford, Linda Reese and others Re: Silver, dated 10/14/2009 and 10/15/2009 | COL071851-53 | | | |
| 1366 | Email Correspondence from Jack Fraser to Woody Blackford Re: Technology, dated 2/27/2009 | COL084105 | | | |
| 1367 | Giant Knitting Co. 2005 S/S 078 NEW TREND Catalog, 3M Scotchlite™ Reflective Material | SEIRUS00063981-SEIRUS00064037 | | | |
| 1368 | Seirus Innovation Profit & Loss Statement From 10/01/2012 to 09/30/2013 | SEIRUS00064041-SEIRUS00064064 | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1369 | Seirus Innovation Profit & Loss Statement From 10/01/2016 to 2/28/2017 | SEIRUS00064065-SEIRUS00064093 | | | |
| 1370 | Seirus International Direct Shipment Detail Spreadsheet 9.1.13-2.28.17 | SEIRUS00064094-SEIRUS00064095 | | | |
| 1371 | Kathmandu Ltd. Purchase Order Number PN00402289, dated 9/21/2015 | SEIRUS00064096-SEIRUS00064097 | | | |
| 1372 | Heatwave Pricing Spreadsheet - Seasons 13-14, 14-15, 15-16, 16-17 | SEIRUS00064098-SEIRUS00064126 | | | |
| 1373 | Seirus Commercial Invoice No. 15SPK001-NZ - Kathmandu - dated 1/22/2015 | SEIRUS00064127-SEIRUS00064127 | | | |
| 1374 | Seirus Commercial Invoice No. 15SPK001-AU - Kathmandu - dated 1/22/2015 | SEIRUS00064128-SEIRUS00064128 | | | |
| 1375 | Seirus Commercial Invoice No. 15SPK001-UK - Kathmandu - dated 1/22/2015 | SEIRUS00064129-SEIRUS00064129 | | | |
| 1376 | Seirus Commercial Invoice - Sales Order # 345072 STAR Corporation - dated 8/15/14 | SEIRUS00064130-SEIRUS00064131 | | | |
| 1377 | Seirus Commercial Invoice - STAR Corporation - dated 10/5/16 | SEIRUS00064132-SEIRUS00064135 | | | |
| 1378 | Seirus Commercial Invoice - STAR Corporation - dated 8/13/14 | SEIRUS00064136-SEIRUS00064137 | | | |
| 1379 | Seirus Purchase Order Nos. 411068, 412008, and 412009 | SEIRUS00064138-SEIRUS00064141 | | | |
| 1380 | Black Omni-Heat Fabric Sample | COL030696 | | | |
| 1381 | Black Omni-Heat Fabric Sample | COL030701 | | | |
| 1382 | Blue Omni-Heat Fabric Sample | COL030700 | | | |
| 1383 | Email from Blackford to Fredman re: Graphic for Reflective Lining, dated 2/1/2009 | COL071411 | | | |
| 1384 | Zachary Snyder Deposition Exhibit 19 | | | | |
| 1385 | Matt Merriman Deposition Exhibit 14 | | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1386 | Email correspondence from Hoeferlin to Blackford re Omni Heat Lab Test report to support the claim | COL076501-502 | | | |
| 1387 | Email correspondence from Blackford re Total Quickness. Max Warmth. | COL099074-79 | | | |
| 1388 | Email correspondence from Blackford to Shea, Mergy, Hoeferlin, and Norum re: OH validation | COL103556-58 | | | |
| 1389 | July 15, 2015 ORDER - Columbia Sportswear v Duvet Comfort Inc., doing business as Outdoor Survival Canada | COL107405-08 | | | |
| 1390 | April 2016 Settlement Agreement and Mutual Release between Columbia Sportswear and Team Ortho Foundation | COL107425-45 | | | |
| 1391 | June 19, 2015 Settlement Agreement and rlease between Columbia Sportswear and CS Finance Limited Partnership and Duvet Comfort Inc. | COL107446-54 | | | |
| 1392 | Columbia Sportswear's Answer to Seirus Innovative Accessories' Counterclaims | | | | |
| 1393 | Seirus Invoice #412906-14060215 | SEIRUS00023852-854 | | | |
| 1394 | Email correspondence from Hoeferlin to Keenan, Brown, Obrien, Fry, Yoo, Jenkins re: New development xylitol mesh | COL075335 | | | |
| 1395 | Email correspondence from Hoeferlin to Gipson, Yoo, Brown, Shindler, Saxena, Scheiff, Jenkins FW: technology strategies for Spring 12 | COL087021-023 | | | |
| 1396 | Email correspondence from Edwards to Murphy re: Important question: Heatwave Print | SEIRUS00029964 | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1397 | Email correspondence from Blackford to Elser, Snyder re: dots hot | COL084268-69 | | | |
| 1398 | Email correspondence from Boyle to Blackford, Elser, Snyder, McCormick, Hoeferlin re: dots hot | COL084281-82 | | | |
| 1399 | Email correspondence from Blackford to Elser, McCormick, Boyle, Snyder re: dots ho | COL084286-88 | | | |
| 1400 | Email correspondence from Blackford to Hoeferlin re: dots ho | COL084320-23 | | | |
| 1401 | OMNI-HEAT - Fall 2010 Megaspread layout and copy 04.29.10 | COL042611-22 | | | |
| 1402 | OMNI-HEAT - Fall 2010 Single-Page Print 04.16.10 | COL042649-58 | | | |
| 1403 | Declaration of Michael "Woody" Blackford in support of Columbia Sportswear's Response to Seirus' Motion to Dismiss or, alternatively, transfer venue to the Southern District of California, filed March 16, 2015 | | | | |
| 1404 | Product Sample - Desconstructed Seirus Heatwave Daze Gloves | | | | |
| 1405 | Smith, Betty F.  and Block, Ira. "Chapter 2: Consumer Decision Making." *Textiles in Perspective* . Englewood Cliffs, N.J.: Prentice-Hall, 1982. Pgs. 17-30.  Print. | | | | |
| 1406 | Product Sample - Seirus HEATTOUCH Torche Gloves | | | | |
| 1407 | Product Sample -  Seirus HeatWave fabric | SEIRUS00011442 | | | |
| 1408 | Seirus MegaHeat Ventex Presentation | SEIRUS00011388-407 | | | |
| 1409 | Product Sample - Seirus HeatWave Echelon Gloves | SEIRUS00003485 | | | |

APPENDIX A - SEIRUS' SIXTH AMENDED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Bates No. | Marked | Offered | Received |
|---|---|---|---|---|---|
| 1410 | Columbia Sportswear Company 2010 Form 10-k | COL027427-509 | | | |
| 1411 | Columbia Sportswear Company 2016 Annual Report Form 10-k | | | | |
| 1412 | Product Sample - Seirus HeatWave ZENITH Mitt | SEIRUS00003479 | | | |
| 1413 | Product Sample - Seirus HeatWave SPIRAL Glove | | | | |
| 1414 | Product Sample - Seirus HeatWave Ms BEHAVE Glove | | | | |
| 1415 | Product Sample - Seirus HeatWave CORNICE Glove | | | | |
| 1416 | Product Sample - Seirus HeatWave ZENITH Glove | | | | |
| 1417 | Product Sample - Seirus HeatWave BURST Glove | | | | |
| 1418 | Product Sample - Seirus HeatWave ALL WEATHER Glove | | | | |
| 1419 | Product Sample - Seirus HeatWave Skull Liner | SEIRUS00011447 | | | |
| 1420 | Product Sample - Seirus HeatWave  Sock Liner | SEIRUS00003477 | | | |
| 1421 | Product Sample - Seirus HeatWave  Sock Liner (Silver) | | | | |
| 1422 | Product Sample - Seirus Heatwave 4-Way Base Material HLT-6610-R | SEIRUS00011443 | | | |
| 1423 | Product Sample - Seirus HeatWave Original ALL WEATHER Glove | | | | |
| 1424 | Fabric Sample - Thermalux | | | | |
| 1425 | Product Sample - Seirus Heatwave 4-Way Base Material HLT-6610-R-RX | SEIRUS00011444 | | | |
| 1426 | Product Sample - Seirus HeatWave  Glove Liner | SEIRUS00003483 | | | |
| 1427 | Product Sample - Seirus HeatWave Skull Liner | | | | |
| 1428 | Product Sample - Seirus HeatWave  Glove Liner | SEIRUS00011448 | | | |