

FILED
SEP 29 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon Corporation, <br><br>Plaintiff, <br><br>v. <br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation, <br><br>Defendant. | No. 3:17-cv-01781-HZ <br><br>JURY VERDICT FORM |

//
//
//

JURY VERDICT FORM — 1

We the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

### U.S. PATENT NO. D657,093 ("DESIGN PATENT")

What is Seirus's total profit from sales of the relevant article of manufacture that Columbia is entitled to receive for Seirus's infringement of the Design Patent?

$ __3,018,174__

What is the total dollar amount of a reasonable royalty adequate to compensate Columbia for Seirus's infringement of the Design Patent?

$ __435,175__

Has Columbia proven by a preponderance of the evidence that Seirus willfully infringed the Design Patent?

YES____ (WILLFUL)    NO __X__ (NOT WILLFUL)

### U.S. PATENT NO. 8,453,270 ("UTILITY PATENT")

Has Columbia proven by a preponderance of the evidence that Seirus has infringed claims 2 or 23 of the Utility Patent?

Claim 2:    YES____    NO____

Claim 23:   YES____    NO____

Has Seirus proven by clear and convincing evidence that Columbia's asserted Utility Patent claims are invalid as anticipated by Fottinger?

JURY VERDICT FORM — 2

Claim 2:     YES **X** (INVALID)     NO____ (VALID)

Claim 23:    YES **X** (INVALID)     NO____ (VALID)

Has Seirus proven by clear and convincing evidence that Columbia's asserted Utility Patent claims are invalid as obvious?

Claim 2:     YES **X** (INVALID)     NO____ (VALID)

Claim 23:    YES **X** (INVALID)     NO____ (VALID)

If you find that any of the Utility Patent's asserted claims are valid and infringed, what is the total dollar amount of a reasonable royalty adequate to compensate Columbia for Seirus's infringement of the Utility Patent?

$ _____

If you find that any of the Utility Patent's asserted claims are valid and infringed, has Columbia proven by a preponderance of the evidence that Seirus's infringement of any claim was willful?

YES____ (WILLFUL)     NO____ (NOT WILLFUL)

Have the presiding juror sign and date this form.

Signed: *[signature]*     Date: Sept/29/2017

PRESIDING JUROR

JURY VERDICT FORM — 3