DAVID R. BOYAJIAN (SBN #257825)
DAVID W. AXELROD (OSB #750231)
  admitted *pro hac vice*
BRENNA K. LEGAARD (OSB #001658),
  admitted *pro hac vice*
NICHOLAS F. ALDRICH, JR. (OSB #160306),
  admitted *pro hac vice*
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
E-mail:  dboyajian@schwabe.com
         daxelrod@schwabe.com
         blegaard@schwabe.com
         naldrich@schwabe.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>Defendant. | Case No.: 3:17-cv-01781-HZ<br><br>**COLUMBIA SPORTSWEAR NORTH AMERICA, INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF**<br><br>**EXPEDITED HEARING REQUESTED**<br><br>Judge:      Marco A. Hernandez<br><br>Date Action Filed: January 12, 2015<br>Trial Date: September 18, 2017 |

Pursuant to Fed. R. Civ. P. 65(a) and (b), Plaintiff Columbia Sportswear North America, Inc. ("Columbia Sportswear") hereby moves the Court for a temporary restraining order and preliminary injunction, and then a permanent injunction to enjoin Defendant Seirus Innovative Accessories, Inc. ("Seirus"), its officers, directors, employees, agents, attorneys, and all persons otherwise acting in concert or participation with Seirus, from initiating a patent reexamination proceeding with the United States Patent and Trademark Office ("PTO") to challenge the validity of Columbia Sportswear's Design Patent, D657,093 ("D'093 Patent").

Seirus sought a declaratory judgment of invalidity of the D'093 Patent in this case, but agreed to a stipulated judgment of validity of the D'093 Patent with prejudice. [Dkt. 79, 81.] That consent judgment is binding on Seirus and precludes it from initiating a reexamination proceeding on the D'093 Patent or otherwise challenging the validity of the D'093 Patent in a new proceeding. Notwithstanding that fact, Seirus has advised Columbia Sportswear of its intent to file such a proceeding. Given the serious irreparable harm that would result from Seirus's breach and violation of this Court's consent judgment, Columbia Sportswear respectfully requests: (1) a temporary restraining order and preliminary injunction to maintain the *status quo* pending the issuance of a permanent injunction; and (2) a permanent injunction to enjoin Seirus from initiating a patent reexamination of the D'093 Patent at the PTO or otherwise filing any new challenges to the validity of the D'093 Patent. Columbia Sportswear is contemporaneously filing a Memorandum in Support of the Motion for Temporary Restraining Order and Injunctive Relief, along with the Declaration of Nika Aldrich.

Counsel for Columbia Sportswear gave prior notice of this motion to Seirus on November 16, 2017.

WHEREFORE, Plaintiff Columbia Sportswear respectfully requests that this Court preserve the status quo by issuing:

1.    An order immediately enjoining Seirus, its officers, directors, employees, agents, attorneys, and all persons otherwise acting in concert or participation with Seirus, from initiating a patent reexamination proceeding with the PTO concerning Columbia Sportswear's Design Patent, D657,093 until the Court has the opportunity to hear the motion for permanent injunctive relief;

2.    A permanent injunction enjoining Seirus, its officers, directors, employees, agents, attorneys, and all persons otherwise acting in concert or participation with Seirus, from initiating a patent reexamination proceeding with the PTO concerning Columbia Sportswear's Design Patent, D657,093, or from initiating any other new challenges to the validity of the patent; and

3.    For any other relief as the Court deems just and equitable.

Dated: November 16, 2017

SCHWABE, WILLIAMSON & WYATT, P.C.

By:   */s/ David W. Axelrod*
David R. Boyajian
E-mail: dboyajian@schwabe.com
David W. Axelrod, *pro hac vice*
E-mail: daxelrod@schwabe.com
Brenna K. Legaard, *pro hac vice*
E-mail: blegaard@schwabe.com
Nicholas F. Aldrich, Jr., *pro hac vice*
E-mail: naldrich@schwabe.com

*Attorneys for Plaintiff*

COLUMBIA'S MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF

CASE NO.: 3:17-CV-01781-HZ

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, I served the foregoing document on the following counsel of record for Defendant Seirus Innovative Accessories, Inc.:

| By electronic service via the Court's CM/ECF System | Renée E. Rothauge<br>ReneeRothauge@markowitzherbold.com<br>**Markowitz Herbold PC**<br>Suite 3000, Pacwest Center<br>1211 SW Fifth Avenue<br>Portland, OR 97204-3730 |
|---|---|
| | Christopher S. Marchese<br>marchese@fr.com<br>Garrett K. Sakimae<br>sakimae@fr.com<br>Michael A. Amon<br>amon@fr.com<br>Seth M. Sproul<br>sproul@fr.com<br>Tucker N. Terhufen<br>Terhufen@fr.com<br>**Fish & Richardson PC**<br>12390 El Camino Real<br>San Diego, CA 92130 |

by delivering to them a true and correct copy thereof, certified by me as such.

*/s/ David W. Axelrod*
David W. Axelrod
Email: daxelrod@schwabe.com