DAVID R. BOYAJIAN (SBN #257825)
DAVID W. AXELROD (OSB #750231)
  *admitted pro hac vice*
BRENNA K. LEGAARD (OSB #001658),
  *admitted pro hac vice*
NICHOLAS F. ALDRICH, JR. (OSB #160306),
  *admitted pro hac vice*
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
E-mail:  dboyajian@schwabe.com
          daxelrod@schwabe.com
          blegaard@schwabe.com
          naldrich@schwabe.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>Defendant. | Case No.: 3:17-cv-01781-HZ<br><br>**DECLARATION OF NIKA ALDRICH IN SUPPORT OF COLUMBIA SPORTSWEAR'S MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF**<br><br>Judge:    Marco A. Hernandez<br><br>Date Action Filed: January 12, 2015<br>Trial Date: September 18, 2017 |

DECLARATION OF ALDRICH IN SUPPORT OF COLUMBIA'S MOTION FOR TEMPORARY RESTRAINING ORDER

CASE NO.: 3:17-CV-01781

I, Nika Aldrich, do hereby declare and say:

1. I am an attorney with the firm of Schwabe, Williamson & Wyatt, counsel for Columbia Sportswear North America, Inc. ("Columbia Sportswear"). I have personal knowledge of the facts recited below and if called as a witness, I could and would competently testify as stated herein.

2. A true and correct, but redacted copy of the November 13, 2017 email from Scott Denike of Seirus Innovative Accessories, Inc. ("Seirus") to Adam Kelly of Columbia Sportswear is attached hereto as Exhibit A.

3. A true and correct, but redacted copy of the November 1, 2017 email from Scott Denike of Seirus to Adam Kelly of Columbia Sportswear is attached hereto as Exhibit B.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated this 16th day of November, 2017.

*/s/ Nika F. Aldrich*
Nika F. Aldrich

1
DECLARATION OF ALDRICH IN SUPPORT OF      CASE NO.: 3:17-CV-01781
COLUMBIA'S MOTION FOR TEMPORARY
RESTRAINING ORDER

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, I served the foregoing document on the following counsel of record for Defendant Seirus Innovative Accessories, Inc.:

| By electronic service via the Court's CM/ECF System | Renée E. Rothauge<br>ReneeRothauge@markowitzherbold.com<br>**Markowitz Herbold PC**<br>Suite 3000, Pacwest Center<br>1211 SW Fifth Avenue<br>Portland, OR 97204-3730 |
|---|---|
| | Christopher S. Marchese<br>marchese@fr.com<br>Garrett K. Sakimae<br>sakimae@fr.com<br>Seth M. Sproul<br>sproul@fr.com<br>Michael A. Amon<br>amon@fr.com<br>Tucker N. Terhufen<br>terhufen@fr.com<br>**Fish & Richardson PC**<br>12390 El Camino Real<br>San Diego, CA 92130 |

by delivering to them a true and correct copy thereof, certified by me as such.

        */s/ Nika F. Aldrich*
        Nicholas F. Aldrich
        Email: naldrich@schwabe.com