1  Christopher S. Marchese (SBN 170239), marchese@fr.com
2  Seth M. Sproul (SBN 217711), sproul@fr.com
   Michael A. Amon (SBN 226221), amon@fr.com
3  Garrett K. Sakimae (SBN 288453), sakimae@fr.com
4  Tucker N. Terhufen (SBN 311038), terhufen@fr.com
   Oliver J. Richards (SBN 310972), orichards@fr.com
5  FISH & RICHARDSON P.C.
6  12390 El Camino Real
   San Diego, CA 92130
7  Tel: (858) 678-5070, Fax:  (858) 678-5099

8
   Renée Rothauge, (SBN 271239), reneerothauge@markowitzherbold.com
9  MARKOWITZ HERBOLD PC
   1211 SW Fifth Avenue, Suite 3000
10 Portland, OR 97204
11 Tel:  (503) 295-3085, Fax:  (503) 323-9105

12
   Attorneys for Defendant, Seirus Innovative Accessories, Inc.
13

14 (Additional Counsel on signature page)

15               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
16

17 COLUMBIA SPORTSWEAR NORTH          Case No. 3:17-cv-01781
   AMERICA, INC., an Oregon
18 corporation,                       **JOINT STIPULATED MOTION FOR
                                      EXTENSION OF TIME TO FILE
19                                    MEMORANDA IN SUPPORT OF
              Plaintiff,              POST-TRIAL MOTIONS**
20
21        v.                          (Expedited Consideration Requested)

22 SEIRUS INNOVATIVE
   ACCESSORIES, INC., a Utah          Judge:     Marco A. Hernandez
23 corporation
                                      Date Action Filed:  January 12, 2015
24            Defendants.             Trial Date:  September 18, 2017
25
26
27
28

Columbia Sportswear North America, Inc. ("Columbia") and Defendant Seirus Innovative Accessories, Inc. ("Seirus") hereby file this Joint Motion for Extension of Time to file their respective memoranda in support of renewed motions for judgment as a matter of law pursuant to RFCP 50(b) and/or for a new trial pursuant to FRCP 59.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certify that the parties conferred regarding the subject of this motion and that both Columbia and Seirus concur that additional time is needed to adequately prepare their memoranda in support of any renewed motions for judgment as a matter of law pursuant to RFCP 50(b) and/or for a new trial pursuant to FRCP 59.

## MOTION

Plaintiff, Columbia Sportswear, and Defendant, Seirus Innovative Products, stipulate, pursuant to FRCP 16, 50(b), 59, and this Court's authorization that the parties may stipulate to scheduling and filing dates that do not affect Court dates previously set, as follows:

1.  Renewed motions for judgment as a matter of law pursuant to FRCP 50(b) and/or for a new trial pursuant to FRCP 59 must be filed by Wednesday, December 20, 2017[1].  Memoranda of law in support of such motions may be filed on or before January 5, 2018.

2.  Oppositions or Responses to the opposing party's motion(s) pursuant to paragraph 1, above, shall be filed on or before January 24, 2018;

3.  Replies to the opposing party's Opposition(s) or Response(s) shall be filed on or before February 3, 2018;

4.  The parties each agree to limit supporting memoranda of law as follows:

---

[1] This extension does not apply to motions for judgment as a matter of law pursuant to FRCP 50(b) that were due 28 days after the jury was discharged.

a.   To file no more than a single brief in support of all motions pursuant to paragraph 1, above, regardless of the number of motions the party chooses to file, and further that such brief shall be limited to 40 pages; and

b.   To file no more than a single opposition brief to the motions filed pursuant to paragraph 4(a), above, and to limit such opposition to 40 pages; and

c.   To file no more than a single reply brief to the opposition in paragraph 4(b) and to limit such reply to 15 pages.

The parties move jointly for entry of a minute or other order approving this stipulation and directing that this stipulation shall govern the future filing of motions by either party pursuant to Rules 50(b) and 59 as expressly stated herein.

**MEMORANDUM IN SUPPORT OF JOINT STIPULATED MOTION**

The parties move jointly for entry of an order: extending by approximately two weeks, until after the holiday season, the dates for filing motions pursuant to Rules 50(b) and/or 59 as expressly provided above; providing for dates for filing oppositions to and replies in support of such motions; and providing for a maximum page limitation for the memoranda of law that must accompany such motions and oppositions.

The stipulated scheduling adjustment is made to accommodate the current holiday season, to enable the parties to engage in order to narrow such motions as may be brought, and to improve the quality of the same.  The stipulated dates do not affect any court-scheduled dates, as no dates for court hearing of such motions as may be filed have been set.  The parties anticipate that this extension and the related limitations on briefing will assist the Court by focusing the motions brought by the parties, favoring judicial economy.  Accordingly, the parties join in requesting that the Court approve the parties' stipulation and adopt it as a court order.

1 | Dated this 18th day of December, 2017.

2

3 | Respectfully submitted,

4 | SCHWABE, WILLIAMSON & WYATT,     FISH & RICHARDSON P.C.
5 | P.C.

6 | */s/ David W. Axelrod*          */s/ Seth M. Sproul*

7 | David R. Boyajian (SBN 257825)     Christopher S. Marchese (SBN 170239),
dboyajian@schwabe.com           marchese@fr.com

8 | David W. Axelrod (OSB #750231)     Seth M. Sproul (SBN 217711),
*admitted pro hac vice*                 sproul@fr.com

9 | daxelrod@schwabe.com            Michael A. Amon (SBN 226221),

10 | Brenna K. Legaard (OSB #001658)    amon@fr.com
*admitted pro hac vice*                 Garrett K. Sakimae (SBN 288453),

11 | blegaard@schwabe.com            sakimae@fr.com

12 | Nicholas F. Aldrich, Jr. (OSB #160306)   Tucker N. Terhufen (SBN 311038),
*admitted pro hac vice*                 terhufen@fr.com

13 | naldrich@schwabe.com            Oliver J. Richards (SBN 310972)

14 | Sara Kobak (OSB #023495)        orichards@fr.com
*admitted pro hac vice*                 FISH & RICHARDSON P.C.

15 | skobak@schwabe.com             12390 El Camino Real

16 | SCHWABE, WILLIAMSON & WYATT,   San Diego, CA 92130
P.C.                             Tel: (858) 678-5070,

17 | 1211 SW 5th Ave.               Fax: (858) 678-5099

18 | Suite 1900

19 | Portland, OR  97204           Renée Rothauge, (SBN 271239),
Telephone: 503.222.9981         reneerothauge@markowitzherbold.com

20 |                                MARKOWITZ HERBOLD PC

21 | Attorneys for Plaintiff         1211 SW Fifth Avenue, Suite 3000
Columbia Sportswear North America, Inc.   Portland, OR 97204

22 |                                Tel: (503) 295-3085,

23 |                                Fax: (503) 323-9105

24 |                                Of Attorneys for Defendant

25 |                                Seirus Innovative Accessories, Inc.

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 18, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Seth M. Sproul*
Seth M. Sproul
sproul@fr.com