DAVID R. BOYAJIAN (SBN #257825)
DAVID W. AXELROD (OSB #750231)
  admitted *pro hac vice*
BRENNA K. LEGAARD (OSB #001658),
  admitted *pro hac vice*
NICHOLAS F. ALDRICH, JR. (OSB #160306),
  admitted *pro hac vice*
SARA KOBAK, (OSB #023495)
  admitted *pro hac vice*
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
E-mail:  dboyajian@schwabe.com
         daxelrod@schwabe.com
         blegaard@schwabe.com
         naldrich@schwabe.com
         skobak@schwabe.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>Defendant. | Case No.: 3:17-cv-01781-HZ<br><br>**PLAINTIFF COLUMBIA SPORTSWEAR NORTH AMERICA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge:      Marco A. Hernandez<br><br>Date Action Filed: January 12, 2015<br>Trial Date: September 18, 2017 |

Plaintiff Columbia Sportswear North America, Inc. ("Columbia") hereby respectfully submits a copy of the following supplemental authority for the Court's

COLUMBIA'S NOTICE OF SUPPLEMENTAL AUTHORITY         CASE NO.: 3:17-CV-01781-HZ

consideration and attaches it hereto as Attachment 1.

1. *Polaris Industries, Inc. v. Arctic Cat, Inc.*, Fed. Cir. 2016-1807, 2016-2280 (February 9, 2018).

This case concerns (i) the legal standard for identifying a motivation to combine the art (slip op. pp. 17-23), and (ii) objective indicia of nonobviousness including commercial success (*id.* pp. 25-29).  These issues are relevant to Columbia's Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial [Dkt. No. 420; *see also* Dkt. Nos. 429, 448.]

Dated this 13th day of February, 2018.

*/s/ Nicholas F. Aldrich*
David R. Boyajian
E-mail:  dboyajian@schwabe.com
David W. Axelrod, admitted *pro hac vice*
E-mail:  daxelrod@schwabe.com
Brenna K. Legaard, admitted *pro hac vice*
E-mail:  blegaard@schwabe.com
Nicholas F. Aldrich, Jr., admitted *pro hac vice*
E-mail:  naldrich@schwabe.com
Sara Kobak, admitted *pro hac vice*
E-mail: skobak@schwabe.com

*Attorneys for Plaintiff*

2

COLUMBIA'S NOTICE OF SUPPLEMENTAL AUTHORITY        CASE NO.: 3:17-CV-01781-HZ

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, I served the foregoing document on the following counsel of record for Defendant Seirus Innovative Accessories, Inc.:

| By electronic service via the Court's CM/ECF System | Renée E. Rothauge<br>ReneeRothauge@markowitzherbold.com<br>**Markowitz Herbold PC**<br>Suite 3000, Pacwest Center<br>1211 SW Fifth Avenue<br>Portland, OR 97204-3730 |
|---|---|
| | Christopher S. Marchese<br>marchese@fr.com<br>Garrett K. Sakimae<br>sakimae@fr.com<br>Michael A. Amon<br>amon@fr.com<br>Seth M. Sproul<br>sproul@fr.com<br>Tucker N. Terhufen<br>terhufen@fr.com<br>Oliver J. Richards<br>orichards@fr.com<br>**Fish & Richardson PC**<br>12390 El Camino Real<br>San Diego, CA 92130 |

by delivering to them a true and correct copy thereof, certified by me as such.

*s/ Nicholas F. Aldrich*
Nicholas F. Aldrich
Email: naldrich@schwabe.com

CERTIFICATE OF SERVICE                                              CASE NO.: 3:17-CV-01781

PDX\106477\192966\NFA\22385976.1