

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

COLUMBIA SPORTSWEAR NORTH AMERICA, INC.,

    Plaintiff,

v.

SEIRUS INNOVATIVE ACCESSORIES, INC.,

    Defendant.

No. 3:17-cv-01781-HZ

VERDICT FORM

We, the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously find as follows:

1. Has Columbia proved by a preponderance of the evidence that Seirus infringed U.S. Patent D657,093 ("Design Patent")?

    _____ Yes    __X__ No

The Presiding Juror should sign and date this Verdict Form.

DATED this __6__ day of August, 2021



1 – VERDICT FORM