IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEIRUS INNOVATIVE ACCESSORIES, INC., <br><br> Defendant. | No. 3:17-cv-01781-HZ <br><br> JUDGMENT |

HERNÁNDEZ, District Judge:

This matter being tried and the jury having rendered its verdict on August 6, 2021, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Seirus Innovative Accessories, Inc., and against Plaintiff Columbia Sportswear North America, Inc.

DATED:  August 10, 2021  .

_____
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT