# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | **COLUMBIA SPORTSWEAR NORTH AMERICA, INC. v. SEIRUS INNOVATIVE ACCESSORIES** | Case Number: | **3:17-cv-01781-CAB-MSB** |

| | | |
|---|---|---|
| Hon. Cathy Ann Bencivengo | Ct. Deputy Lori Hernandez | Rptr Tape: [Reporter Tape] |

The dial-in for the status conference on **April 17, 2025 at 10:30 AM** is: +1 619-657-0677,,885797609#.

Date:  April 16, 2025                                                                                      Initials:  REO