NIKA ALDRICH (OSB #160306),
  admitted *pro hac vice*
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206.622.1711
Email: naldrich@schwabe.com

SCOTT D. EADS (OSB #910400)
  admitted *pro hac vice*
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
E-mail: seads@schwabe.com

*Of Attorneys for Plaintiff*

CHRISTOPHER S. MARCHESE (SBN 170239)
SETH M. SPROUL (SBN 217711)
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
E-mail: marchese@fr.com
         sproul@fr.com

*Attorneys for Defendant*

*(A complete list of counsel appears on the signature page.)*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>Defendant. | Case No.: 3:17-cv-01781-CAB (MSB)<br>**JOINT MOTION FOR LEAVE TO TAKE CERTAIN EXPERT DEPOSITIONS AFTER THE JUNE 27, 2025 EXPERT DISCOVERY CUTOFF**<br>Judge:     Hon. Michael S. Berg<br>Trial Date:     January 5, 2026 |

Plaintiff Columbia Sportswear North America, Inc. ("Columbia" or "Plaintiff") and Defendant Seirus Innovative Accessories, Inc. ("Seirus" or "Defendant") (jointly, "Parties"), hereby submit the following Joint Motion and Proposed Order to Allow Seirus to Take Certain Expert Depositions After June 27, 2025 Cutoff with reference to the following facts:

WHEREAS, the Court set certain pretrial deadlines in an order dated May 24, 2025 (Dkt. 695);

WHEREAS, in that order, the Court set the deadline for Seirus to serve its expert report on May 21, 2025, the deadline for Columbia to serve its rebuttal expert report on June 13, 2025, and the expert discovery cutoff for June 27, 2025;

WHEREAS, that order was issued before the Court set a trial schedule in a subsequent order dated May 28, 2025 (Dkt. 697), in which trial is set to begin on January 5, 2026;

WHEREAS, on May 21, 2025, pursuant to the Court's Scheduling Order, Seirus served an expert report from Lance Rake;

WHEREAS, the Parties have scheduled Mr. Rake's deposition for June 20, 2025 in person in San Diego;

WHEREAS, on Friday, June 13, 2025, pursuant to the Court's Scheduling Order, Columbia served a rebuttal expert report from Austen Angell, a rebuttal expert disclosure for Dr. Haskell Beckham, a rebuttal expert disclosure for David Reid, and a rebuttal declaration from Zachary Snyder;

WHEREAS, upon serving the four expert disclosures, Columbia sent an email offering dates of availability for its four expert witnesses before the expert discovery cutoff;

WHEREAS, on June 16, 2025, and the Parties began communicating by email in an effort to schedule the depositions of Columbia's four experts;

WHEREAS, each of Columbia's experts is located in or around Portland, Oregon;

WHEREAS, two of the expert witnesses were offered on the same day, June 18, 2025, and were otherwise traveling abroad;

WHEREAS, due to scheduling conflicts and personal commitments for Seirus' counsel, Seirus's counsel was unable to take the depositions Columbia's four expert witnesses on the offered dates;

WHEREAS, the Parties have agreed to jointly request leave for Seirus to take those depositions after the cutoff;

WHEREAS, there is room in the schedule to hold the depositions after the cutoff since the trial is not set to begin until January 2026.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. There is good cause to extend the expert discovery schedule to allow Seirus to take the depositions of Columbia's four experts after the June 27, 2025 expert discovery cutoff.

2. This request to extend the above-listed deadline is not submitted for the purposed of delay and no other deadlines will be affected by this extension.

3. The Court should grant Seirus leave to take the depositions of Columbia's four experts after the June 27, 2025 cutoff.

Dated: June 20, 2025

| | |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>By: *s/ Nika Aldrich*<br>Nika Aldrich, *pro hac vice*<br>E-mail: naldrich@schwabe.com<br>1420 5th Ave., Suite 3400<br>Seattle, WA 98101<br>Telephone: 206.622.1711<br><br>Scott D. Eads, *pro hac vice*<br>E-mail: seads@schwabe.com<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>Telephone: 503.222.9981<br><br>*Of Attorneys For Plaintiff* | FISH & RICHARDSON P.C.<br><br>By: *s/ Christopher S. Marchese*<br>Christopher S. Marchese (SBN 170239)<br>marchese@fr.com<br>Seth M. Sproul (SBN 217711)<br>sproul@fr.com<br>John W. Thornburgh (SBN 154627)<br>thornburgh@fr.com<br>Michael A. Amon (SBN 226221)<br>amon@fr.com<br>Oliver J. Richards (SBN 310972)<br>orichards@fr.com<br>Madelyn S. McCormick (SBN 320063)<br>mmccormick@fr.com<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>*Attorneys for Defendant* |