UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES INC.,<br><br>Defendant. | Case No.: 17cv1781-CAB (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO TAKE CERTAIN EXPERT DEPOSITIONS AFTER JUNE 27, 2025 EXPERT DISCOVERY CUTOFF**<br>**[ECF NO. 698]** |

Having considered the parties' "Joint Motion for Leave to Take Certain Expert Depositions After the June 27, 2025 Expert Discovery Cutoff," and for good cause shown, the Court **GRANTS** the Joint Motion. Seirus may take the depositions of Columbia's four rebuttal expert witnesses after the expert discovery cutoff, currently set for June 27, 2025.

**IT IS SO ORDERED**.

Dated:  June 20, 2025

_____
Honorable Michael S. Berg
United States Magistrate Judge