# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **COLUMBIA SPORTSWEAR NORTH AMERICA, INC. v. SEIRUS INNOVATIVE ACCESSORIES**     Case Number: **3:17-cv-01781-CAB-MSB**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: N/A

Based on the parties' request, the Court vacates the hearing set for Thursday, November 13, 2025 at 2 PM PST.

Date: November 7, 2025                                      Initials: MKS