# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **COLUMBIA SPORTSWEAR NORTH AMERICA, INC. v. SEIRUS INNOVATIVE ACCESSORIES**   Case Number: **3:17-cv-01781-CAB-MSB**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: N/A

At the joint request of counsel, the Court stays all pretrial/trial deadlines. The parties are directed to file a joint status report on December 10, 2025, if a request for dismissal has not been submitted.

Date: November 13, 2025                                                                 Initials: MKS