| | |
|---|---|
| 1 | NIKA ALDRICH (OSB #160306), |
| 2 |   admitted *pro hac vice*<br>SCHWABE, WILLIAMSON & WYATT, P.C. |
| 3 | 1420 5th Ave., Suite 3400<br>Seattle, WA 98101 |
| 4 | Tel:  206.622.1711 |
| 5 | Email: naldrich@schwabe.com |
| 6 | SCOTT D. EADS (OSB #910400)<br>  admitted *pro hac vice* |
| 7 | SCHWABE, WILLIAMSON & WYATT, P.C. |
| 8 | 1211 SW 5th Ave., Suite 1900<br>Portland, OR  97204 |
| 9 | Tel: 503.222.9981<br>E-mail: seads@schwabe.com |
| 10 |   *Attorneys for Plaintiff* |
| 11 | Christopher S. Marchese (SBN 170239) |
| 12 | marchese@fr.com<br>Seth M. Sproul (SBN 217711) |
| 13 | sproul@fr.com |
| 14 | FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400 |
| 15 | San Diego, CA 92130 |
| 16 | Tel: (858) 678-5070<br>  *Attorneys for Defendant* |
| 17 | |
| 18 | *Additional counsel listed on signature page* |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation, | Case No. 3:17-cv-01781-CAB (MSB) |
| 22 | | **JOINT MOTION AND** |
| 23 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 24 | v. | |
| 25 | | Hon. Cathy Ann Bencivengo |
| 26 | SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah | |
| 27 | corporation | |
| 28 | Defendants. | |

Plaintiff Columbia Sportswear North America, Inc. and Defendant Seirus Innovative Accessories, Inc., by and through their undersigned counsel in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby move, stipulate, and agree that the above-captioned action, having been settled between parties, is hereby dismissed with prejudice.  The parties hereby further stipulate and agree that the parties shall bear their own fees, costs, and expenses.

As a condition of the settlement between the parties, the parties agreed to request that the Court retain jurisdiction for the limited purpose of resolving any disputes that may arise from the Settlement Agreement.  Accordingly, the parties hereby request that the Court retain jurisdiction over all disputes that may arise from the Settlement Agreement resolving this matter.

Dated:  December 5, 2025                Respectfully submitted,

| SCHWABE, WILLIAMSON & WYATT, P.C. | FISH & RICHARDSON P.C. |
|---|---|
| By:  /s/ Nika Aldrich<br>    Nika Aldrich, *pro hac vice*<br>    E-mail: naldrich@schwabe.com<br>    1420 5th Ave., Suite 3400<br>    Seattle, WA 98101<br>    Telephone:  206.622.1711<br><br>    Scott D. Eads, *pro hac vice*<br>    E-mail:  seads@schwabe.com<br>    Sara Cotton, *pro hac vice*<br>    E-mail: scotton@schwabe.com<br>    1211 SW 5th Ave., Suite 1900<br>    Portland, OR  97204<br>    Telephone: 503.222.9981<br><br>*Attorneys for Plaintiff Columbia Sportswear North America, Inc.* | By:  /s/ Seth M. Sproul (by permission)<br>    Christopher S. Marchese (SBN 170239)<br>    marchese@fr.com<br>    Seth M. Sproul (SBN 217711)<br>    sproul@fr.com<br>    John W. Thornburgh (SBN 154627)<br>    thornburgh@fr.com<br>    Oliver J. Richards (SBN 310972)<br>    orichards@fr.com<br>    Madelyn S. McCormick (SBN 320063)<br>    mmccormick@fr.com<br>    12860 El Camino Real, Suite 400<br>    San Diego, CA 92130<br>    Tel: (858) 678-5070<br>    Fax:  (858) 678-5099<br><br>*Attorneys for Defendant Seirus Innovative Accessories, Inc.* |