UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES,<br><br>Defendant. | Case No.: 3:17-cv-1781-CAB-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[Doc. No. 724]** |

On December 5, 2025, the parties jointly moved to dismiss this case with prejudice following a settlement agreement. The Court **GRANTS** the motion. The case is **DISMISSED with prejudice**. All pending motions are **DENIED as moot**. [Doc. Nos. 707–710.]

It is **SO ORDERED**.

Dated: December 8, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge